COMPLAINT EXHIBIT 7

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**19-7740361240**

**10/04/2019 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

82663560008   UCC 1 FILING

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC   1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:**

***PLEASE RETURN TO***

*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*
*Acct. #10027767*

d In: California
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Carreon Holdings, LLC | | | |
|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS 1306 W Herndon Ave, Suite 101 | CITY Fresno | STATE CA | POSTAL CODE 93711 | COUNTRY USA |
|---|---|---|---|---|

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME Wells AGC Holdings, LLC | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS 1306 W Herndon Ave, Suite 101 | CITY Fresno | STATE CA | POSTAL CODE 93711 | COUNTRY USA |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Metropolitan Life Insurance Company | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS 10801 Mastin Boulevard, Suite 700 | CITY Overland Park | STATE KS | POSTAL CODE 66210 | COUNTRY USA |
|---|---|---|---|---|

4. COLLATERAL: This financing statement covers the following collateral:
For collateral description see Schedule I attached hereto and incorporated herein by this reference.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: :200384/SR53564-422

1695 75721

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

82663560008

## SCHEDULE I

Financing Statement (continued)

DEBTORS:            Carreon Holdings, LLC
                    Wells AGC Holdings, LLC

SECURED PARTY:      Metlife Real Estate Lending LLC

Item No. 4:

All of the Debtors' right, title and interest, whether now held or hereafter acquired, in and to:

A.    All buildings, structures, improvements, and fixtures now or hereafter erected on, affixed or attached to the real estate and any interest in the real estate located in Kern County, California, and described in EXHIBIT A (the "**Property**"), including all trellises, farm products storage and handling units and equipment, and fences, gates and loading chutes and including, without limitation, (i) all houses, barns, sheds, warehouses, pumphouses, bunkhouses, mobile homes, modular homes, hothouses and all other buildings, (ii) grain bins, silos, storage bins, metal sheds and buildings, water towers, utility and pipelines, and windmills, (iii) all towers, fences, gates and posts, (iv) all electric, water and gas lines, wiring, pipe and equipment together with meters, transformers, switch boxes, fuse panels, circuit breakers, timing devices, thermostats and control valves, (v) controlled atmosphere equipment, if any, and (vi) all additions, substitutions and replacements thereof now or hereafter owned by Trustor and located in, on or about, or used or intended to be used with or in connection with the use, operation or enjoyment of the Property, all of which are hereby declared and shall be deemed to be fixtures and accessions to the Property as between the parties hereto and all persons claiming by, through or under them, and which shall be deemed to be a portion of the security for the indebtedness herein described.

B.    All present and future income, rents, issues, profits and revenues of the Property and the Crops from time to time accruing (including, without limitation, all payments under leases or tenancies, unearned premiums on any insurance policy carried by Trustor for the benefit of Beneficiary and/or the Property, tenant security deposits, escrow funds and all awards or payments, including interest thereon and the right to receive same, growing out of or as a result of any exercise of the right of eminent domain, including the taking of any part or all of the Property or payment for alteration of the grade of any road upon which said Property abuts, or any other injury to, taking of or decrease in the value of said Property to the extent of all amounts which may be owing on the indebtedness secured by this Deed of Trust at the date of receipt of any such award or payment by Trustor, and the reasonable attorneys' fees, costs and disbursements incurred by Beneficiary in connection with the collection of such award or payment), and all the estate, right, title, interest, property, possession, claim and demand

UCC Description Carreon(103826525.1).docx

82663560008

whatsoever at law or in equity, of Trustor of, in and to the same.

C.     All improvements, equipment and fixtures now owned or hereafter acquired by Trustor that now or hereafter are located on, affixed or attached to, or incorporated in the Property or the improvements thereon, or used in connection therewith, wherever located, including (i) all wells, irrigation and drainage pumps, motors, pipes, sprinklers, drip line and emitters, filters, water measurement, meters and control structures and other irrigation equipment, including, without limitation, the items described in Exhibit B attached hereto and incorporated herein, (ii) appliances, pool equipment, and affixed furnishings, (iii) all trellises, fences, wind machines and other frost protection equipment, (iv) all trees, vines and other permanent plantings, and (v) all additions, substitutions for, or replacements of, the foregoing.

D.     All rights of Trustor or the Property to the use and enjoyment of water, whether surface or subsurface, whether riparian, appropriative, prescriptive or otherwise, and whether or not appurtenant, now or hereafter appurtenant or attributable to the Property, including: (a) all water allocations, water banking interests, carryover rights, supplemental water, water banking rights and interests, distribution rights, delivery rights, storage and exchange rights, drainage rights, and other water-related rights or entitlements, whether available through any public or private irrigation projects, companies, districts, agencies, water banks, private parties or otherwise, together with all shares of stock or general intangibles evidencing any such rights or entitlements, and all voting rights and other rights and privileges that now or hereafter may exist with respect to such stock or with respect to participation, membership, or other involvement in any such projects, companies, districts, or agencies; (b) all water and water inventory in storage and any interest in the related storage facility or bank; (c) all easements, permits, licenses, contracts, leases, grants, reservations and any other rights and entitlements, however created, to drill, install and maintain wells, pumps and pipeline systems, or to use, appropriate, pump, extract, receive, transport, store or transfer water including without limitation any such agreements or easements referenced in Exhibit A or Exhibit A-1; (d) all rights under well, pump and filter sharing agreements, and other contracts and licenses relating to the use of water on the Property including without limitation those more particularly described on Exhibit A-1; (e) all rights under water service and delivery contracts now or hereafter relating to the Property as described on Exhibit A-1 attached hereto and incorporated herein and all replacements, amendments and extensions thereof.

E.     All minerals or rights to minerals owned by Trustor, whether solid, liquid or gaseous (or a mixture), whether valuable or not, and whether or not known to exist under the Property, together with full rights of ingress and egress and use of the surface to the extent reasonably necessary for the purpose of exploring, drilling, mining, developing, producing, storing, removing, treating and transporting said minerals.

F.     All estates, tenements, hereditaments, privileges, easements, franchises, licenses, permits and other rights appurtenant to the Property, including: (a) all rights, permits, licenses, and other entitlements authorizing Trustor to use the Property as it presently is being used or as Trustor intends to use it, or both, (b) all rights of way used in connection therewith or as a means of access thereto, (c) the U.S. Department of Agriculture, Farm Services Agency

UCC Description Carreon(103826525.1).docx

82663560008

crop base and any similar governmental entitlements from time to time allocated to the Property, (d) all rights to drain the Property and to dispose of irrigation water from the Property, together with all drainage easements and rights in drainage districts, and (e) all rights in cooperative associations for milling, ginning, grinding, storage, and marketing of crops and produce from the Property (the rights and interests described in this paragraph are herein referred to as the appurtenant rights).

G.      All rights and/or interest arising under all contracts, leases, permits, options, licenses, plans or intangible property now or hereafter related to or affecting the Property.

H.      All crops now or hereafter grown, growing or to be grown on the Property, including, without limitation, harvested crops, farm products, seed and propagative portions of plants (the "**Crops**").

I.      All intellectual property rights now or hereafter held by Trustor with respect to trees or other permanent plantings now or hereafter growing on the Property, including, without limitation, all trademarks, patents or patent licenses.

J.      All accessions, parts, or additions to and all replacements of and substitution for any of the property described in the preceding clauses.

K.      All products of any of the property described on the preceding subparagraphs and all proceeds (including insurance proceeds) from the sale or other disposition of any of the property described in the preceding clauses; provided, that by accepting a security interest in proceeds Beneficiary does not consent to sale or other disposition of any of the foregoing.

82663560008

## EXHIBIT A

### Legal Description of Real Property

The land referred to is situated in the unincorporated area of the County of Kern, State of California, and is described as follows:

PARCEL ONE:

Parcel 2 of Parcel Map 3305, in the County of Kern, State of California, as per Map recorded April 1, 1976 in Book 15, Page 129 of Parcel Maps, in the Office of the County Recorder of said County.

Excepting therefrom all oil, gas and minerals therein and thereunder.

APN: 239-070-48-01-0

PARCEL TWO:

Parcels 1, 2, 10, 11, 18 and 19, of Parcel Map 1611 in the unincorporated area of the County of Kern, State of California as per Map filed August 27, 1974 in Book 11 Page 60 of Parcel Maps in the Office of the County Recorder of the County of Kern, also situated in portions of Section 3, Township 11 North, Range 22 West, San Bernardino Meridian, of said County.

Excepting therefrom the following described sites for the benefit of Wheeler Ridge-Maricopa Water Storage District, a California water storage district, organized and existing under the laws of the State of California.

Booster pumping plant site:

The East 100 feet of the West 160 feet of the North 100 feet of the South 130 feet of the East half of the Northeast quarter of said Section 3.

Water well site 11-22-30:

The East 100 feet of the West 125 feet of the North 100 feet of the South 140 feet of the Southeast quarter of said Section 3.

Water well site 11-22-3R and booster pumping plant site:

The West 100 feet of the East 130 feet of the North 200 feet of the South 300 feet of the Southeast quarter of said Section 3.

Also except all minerals of whatsoever nature (including but not limited to oil, other

UCC Description Carreon(103826525.1).docx

82663560008

hydrocarbons, gas and associated substances) in or under or that may be produced from the Southwest quarter and the Northeast quarter of said Section 2, as reserved by Shell Oil Company, a Delaware corporation, (successors in interest to Shell Oil Company of California, by mesne conveyances) in Deed recorded March 29, 1951 in Book 1791 Page 239 of Official Records.

Also except all oil, gas, minerals and other hydrocarbon substances within or underlying the Southeast quarter of said Section 2.

Also excepting all oil, gas and all other minerals of whatsoever kind or character, whether now known to exist, or hereafter discovered, (it being intended that the word "minerals" as used in this Grant Deed shall be defined in the broadest sense of the word, and shall include, but not be limited to, all hydrocarbons and other mineral substances and products, both metallic and non-metallic, solid, liquid, or gaseous) which are upon, in, under or may be produced from said real property; all salt water which is in, under or may be produced from said real property; the exclusive right, by whatsoever methods now or hereafter known, as Grantor deems advisable, to prospect for, investigate, explore for, drill for, mine, extract, remove and reduce to Grantor's exclusive possession and ownership, all oil, gas, salt water, and all other minerals which are upon, in, under or may be produced from said real property; the right to lay, construct, erect and place upon said real property, and use, maintain and operate thereon and thereafter remove all buildings, tanks, pressure plants and other machinery, fixtures and equipment, pipelines, telephone lines, electric power lines, roads, power houses and other structures and facilities deems advisable, for the full or partial enjoyment of and the exercise of the rights herein excepted and reserved; the right to exercise all rights and privileges herein excepted and reserved and any and all other rights and privileges upon said real property as Grantor deems necessary, incidental to or convenient for the operation of the premises, alone or co-jointly with neighboring lands, for oil, gas, casinghead gas, casinghead gasoline, salt water and all other minerals; the exclusive right to treat, process (but not refine), store upon, and remove from said real property, such oil, gas, salt water and other minerals; the unlimited and unrestricted rights of ingress to and from, over and across said real property, or any portion thereof, for all purposes deemed advisable by Grantor in the exercise of Grantor's rights hereunder; the exclusive right to produce by repressuring the subsurface sands or strata with fluids or gases, or by such other method or methods as the Grantor deems advisable, and to inject in and store, and thereafter remove from said real property oil, gas, casinghead gas, casinghead gasoline, salt water, and all other minerals thereon or therefrom and products thereof, whether produced from said real property or elsewhere; all rights and benefits or whatsoever kind or nature reserved or retained by Grantor, or its predecessors in title, as owner (lessor) in all existing oil and gas leases, or other mineral leases, covering any part of said real property and all other rights and appurtenances incident to such oil, gas and other mineral; grantor has, and at all times shall have, the exclusive right, without charge to grantor, to investigate, explore for, drill for, produce, remove and reduce to grantor's exclusive possession, use and ownership those quantities of fresh water from said real property deemed necessary by grantor to use in prospecting, exploring, drilling, mining, producing, extracting, removing (including, but not limited to, use in unit operations, waterflood, thermal, or other secondary recovery methods,

UCC Description Carreon(103826525.1).docx

82663560008

now or hereafter known) or other operations in connection with the full enjoyment and exercise of the rights herein excepted and reserved. Upon grantee providing proof thereof to grantor, its successors and assigns, shall Compensate grantee, or its successors, for any and all actual damage to improvements and growing crops upon said real property, if such damage is caused by grantor's operations. Grantor covenants and agrees that upon final abandonment of an operation for the exploration and/or production of oil, gas and related hydrocarbons it will restore the surface disturbed by such operation, as near as reasonably practical, to its natural condition, as reserved by Tenneco West Inc., in Deed recorded December 17, 1971 in Book 4611 Page 155 Official Records.

APN: 239-340-01-00-2
239-340-13-00-7
239-340-14-00-0
239-340-42-00-1
239-340-44-00-7
239-340-46-00-3

PARCEL THREE:

PARCEL 1:

The Southwest quarter of the Northeast quarter of Section 18, Township 29 South, Range 24 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

EXCEPTING THEREFROM all petroleum, gas, asphaltum and other hydrocarbons and other minerals within or underlying or that may be produced from said land, as reserved in the Deed from Elmer Harris, et al, recorded September 19, 1953, in Book 2125, Page 317 of Official Records.

APN: 103-100-21

PARCEL 2:

The Southeast quarter of the Northeast quarter of Section 18, Township 29 South, Range 24 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

EXCEPTING THEREFROM all minerals of whatsoever nature (including, but not limited to oil, gas and other hydrocarbons and associated substances) in or under or that may be produced from said lands, together with the right to prospect for, mine and/or drill for said minerals in and upon said lands and to produce, take and remove said minerals therefrom and the right for said purposes to enter upon said lands and erect, construct, maintain and operate thereon buildings, structures, machinery, installations, equipment, lines (including pipelines, telephone, telegraph and power lines), roads and other facilities and to use the surface and subsurface of

UCC Description Carreon(103826525.1).docx

82663560008

said lands in any manner to aid in all or any of the aforesaid operations and in the storing , processing, removing and transporting of any of said minerals, together with the right to drill on said lands for water for use in any of the aforesaid operations and the free use of water so obtained, as reserved by Shell Oil Company, a corporation, in Deed recorded June 11, 1958, in Book 2963, Page 109, Official Records.

APN: 103-100-20

PARCEL 3:

The North half of the Northeast quarter of Section 18, Township 29 South, Range 24 East, Mount Diablo Base and Meridian, in the unincorporated area, County of Kern, State of California, according to the Official Plat thereof.

EXCEPTING THEREFROM all petroleum, gas, asphaltum and other hydrocarbons and other minerals whether similar to those herein specified or not, as reserved in the Deed from Fullerton Oil Company, a corporation of Arizona, recorded March 3, 1953, in Book 2047, Page 330 of Official Records.

APN: 103-100-19

PARCEL 4:

Parcel A of Lot Line Adjustment No. 32-07, in the unincorporated area, County of Kern, State of California, as per that certain Certificate of Compliance recorded January 23, 2008, File No. 0208009976, Official Records, more particularly described as follows:

All those portions of the North half of the North half of Section 8, Township 29 South, Range 24 East, Mount Diablo Base and Meridian, Kern County, California, being more particularly described as follows:

The West half of said North half of the North half of said Section 8.

Parcel Four A:

A non-exclusive 10 foot wide water line easement; non-exclusive 10 foot wide irrigation ditch easement; non-exclusive tail water sump easement; non-exclusive water well site easement; non-exclusive easement in gross for telecommunication site all over Parcel B of Lot Line Adjustment No. 32-07 as per Certificate of Compliance recorded January 23, 2008 as Document Number 0208009976, Kern County Records all as reserved by Larry Douglas Wells and Kathleen Ann Wells in Grant Deed recorded February 22, 2008 as Document number 0208027428, Kern County Records.

Parcel Four B:

UCC Description Carreon(103826525.1).docx

82663560008

A one-half interest in the existing water well and all related pumps, motors, tanks and other equipment, being a portion of Parcel B of Lot Line Adjustment No. 32-07 as per Certificate of Compliance recorded January 23, 2008 as Document number 0208009976, Kern County Records. as reserved by Larry Douglas Wells and Kathleen Ann Wells in Grant Deed recorded February 22, 2008 as Document number 0208027428, Kern County Records.

APN: 103-040-37

82663560008

## EXHIBIT A-1

### Certain Agreements Related to Water Rights

None.

82663560008

## EXHIBIT B

### <u>Wells</u>

All wells (including domestic), pumps, motors, underground pipelines, filter stations, drip, overhead and micro-sprinkler systems and equipment.




U230016586323



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U230016586323 |
| Date Filed: 3/10/2023 |

Submitter Information:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Amendment Action Information:

| | |
|---|---|
| Initial Financing Statement File Number | 197740361240 |
| Date Filed | 10/04/2019 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Edit Debtor |

Edit Debtor:

| Debtor Name | Mailing Address |
|---|---|
| *Changed From:* <br> CARREON HOLDINGS, LLC <br> *Changed To:* <br> PANOCHE PISTACHIOS, LLC | *Changed From:* <br> 1306 W HERNDON AVE, SUITE 101 <br> FRESNO, CA 93711 <br> *Changed To:* <br> 5260 N PALM AVENUE, SUITE 421, MAIL STOP A <br> FRESNO, CA 93704 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          MetLife Real Estate Lending LLC

Optional Filer Reference Information:
Debtor:200384 / SR 53564-568 2512 38554

B1577-1416 03/10/2023 12:55 PM Received by California Secretary of State

 

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516



| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U230016586222 |
| Date Filed: 3/10/2023 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Amendment Action Information:

| | |
| --- | --- |
| Initial Financing Statement File Number | 197740361240 |
| Date Filed | 10/04/2019 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Edit Debtor |

Edit Debtor:

| Debtor Name | Mailing Address |
| --- | --- |
| *Changed From:* WELLS AGC HOLDINGS, LLC <br> *Changed To:* WILLOW AVENUE INVESTMENTS, LLC | *Changed From:* 1306 W HERNDON AVE, SUITE 101 FRESNO, CA 93711 <br> *Changed To:* 5260 N PALM AVENUE, SUITE 421, MAIL STOP A FRESNO, CA 93704 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name        MetLife Real Estate Lending LLC

Optional Filer Reference Information:
Debtor:200384 / SR 53564-568 2512 38239

 

onoffoffoff

 

 

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**

File No.: U230016585018
Date Filed: 3/10/2023



**Submitter Information:**

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

**Amendment Action Information:**

| | |
|---|---|
| Initial Financing Statement File Number | 197740361240 |
| Date Filed | 10/04/2019 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

**Edit Secured Party:**

| Secured Party Name | Mailing Address |
|---|---|
| *Changed From:* METROPOLITAN LIFE INSURANCE COMPANY *Changed To:* METLIFE REAL ESTATE LENDING LLC | *Changed From:* 10801 MASTIN BOULEVARD, SUITE 700 OVERLAND PARK, KS 66210 *Changed To:* 10801 MASTIN BOULEVARD, SUITE 700 OVERLAND PARK, KS 66210 |

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | Metropolitan Life Insurance Company |
|---|---|

**Optional Filer Reference Information:**
Debtor:200384 / SR 53564-568 2512 37847

Page 1 of 1