COMPLAINT EXHIBIT 9



Agricultural Strategies Group
Agricultural Finance
MetLife Investment Management
10801 Mastin Blvd, Suite 700
Overland Park, KS 66210

**Jeremy Rasmussen**
Director
Phone: 913-661-2222
Email: jeremy.rasmussen@metlife.com

VIA OVERNIGHT MAIL

September 18, 2024

Pancoche Pistachios, LLC
5260 N. Palm Avenue
Suite 421, Mail Stop M
Fresno, CA 93704

Willow Avenue Investments, LLC
5260 N. Palm Avenue
Suite 421, Mail Stop M
Fresno, CA 93704

Farid Assemi
5260 N. Palm Avenue
Suite 421, Mail Stop M
Fresno, CA 93704

Farshid Assemi
5260 N. Palm Avenue
Suite 421, Mail Stop M
Fresno, CA 93704

Darius Assemi
5260 N. Palm Avenue
Suite 421, Mail Stop M
Fresno, CA 93704

**NOTICE OF DEFAULT AND ACCELERATION OF DEBT**

RE   Loan 200384 (the "**Loan**") made to Carreon Holdings, LLC, a California limited liability company, and Wells AGC Holdings, LLC, a California limited liability company (the "**Original Borrowers**") from Metlife Real Estate Lending, LLC ("**Lender**"); the Loan Agreement between Original Borrowers and Lender dated September 27, 2019 (the "**Loan Agreement**"); the Promissory Note from Original Borrowers to Lender in the original principal amount of $6,485,000.00 dated September 27, 2019 (the "**Note**"); the Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated September 27, 2019, and recorded on September 27, 2019, in Kern County, California, as Document No. 219126498 (the "**Deed of Trust**"); the Consent to Transfer and Assumption Agreement dated March 8, 2023, and recorded March 9, 2023, in Kern County, California, as Document No. 223027305 (the "**Transfer and Assumption Agreement**") evidencing the assumption of the Loan by Panoche Pistachios, LLC and Willow Avenue Investments, LLC (collectively, the "**Borrowers**"); the respective Loan Guaranty Agreements dated September 27, 2019 (the "**Guaranties**") executed by Darius Assemi, Farid Assemi, and Farshid Assemi, each

as guarantor (collectively, the "**Guarantors**") (collectively, with the Borrowers, the "**Obligors**"); and any and all amendments thereto and other documents evidencing the debt and security thereon (collectively with the Loan Agreement, Note, Deed of Trust, Transfer and Assumption Agreement, and Guaranties, as amended from time to time, the "**Loan Documents**").

Dear Obligors:

MetLife Investment Management, LLC is sending this letter in its capacity as the investment manager for Lender. Reference is made to the above-numbered Loan and the Loan Documents. Capitalized terms used herein shall have the same meaning as those terms are defined in the Loan Documents unless otherwise stated herein.

You are hereby notified that Obligors remain in Default due to an existing Event of Default under the Loan Documents as a consequence of Obligors' failure to timely pay to the Lender the amounts due and delinquent, as set forth in Lender's letter dated September 4, 2024, a copy of which is enclosed for your reference.

**LENDER HEREBY ACCELERATES THE TOTAL PRINCIPAL DUE AND DEMANDS THE IMMEDIATE PAYMENT, IN FULL, OF ALL INDEBTEDNESS OWED UNDER THE LOAN DOCUMENTS, TOGETHER WITH ANY INTEREST AND LATE CHARGES ACCRUED TO THE DATE OF PAYMENT AND THE PREPAYMENT PREMIUM DUE UPON PAYMENT.**

The total principal now due is $6,355,300.00, together with accrued Interest and Late Charges (Default interest on past due payments) in the amount of $157,981.86, as of September 17, 2024, which will continue to accrue interest at the rate of $105.66 *per diem*, and prepayment premium of $55,122.50 (collectively, the "**Loan Payment**"), plus all costs, fees, and expenses as allowed in the Loan Documents.

**If the Loan Payment, together with all costs, fees and expenses due Lender under the Loan Documents (which amount may be requested in the payoff quote addressed below) is not paid within two (2) business days of the receipt of this letter, Lender will exercise its rights and remedies under the Loan Documents and applicable law, including, without limitation, the commencement of actions to foreclose the Deed of Trust, and Obligors will be liable for attorneys' fees and costs of collection.**

**Please contact the Lender for a full payoff quote of the Indebtedness due under the Loan on the date of intended payment and related remittance instructions.**

Nothing contained in this letter is intended to create or constitute, and nothing shall be deemed or construed to create or constitute, a waiver, modification, relinquishment, or forbearance by Lender of any of Lender's rights or remedies under any of the Loan Documents or at law or in equity, including, without limitation, any and all rights and remedies in connection with any other defaults or events of default that may now or hereafter exist under any of the Loan Documents, all of which rights and remedies are hereby expressly reserved. Furthermore, nothing in this letter shall be deemed or construed to constitute a

waiver, release, or modification of any default or obligation of the Obligors or any other party under the Loan Documents. Neither delay by, nor failure of, Lender to exercise any right, power, or privilege under any of the Loan Documents shall operate as a waiver thereof, and no single or partial exercise of any right, power, or privilege, including acceptance of partial or delayed payments, shall preclude any other or further exercise thereof or the exercise of any other right, power, or privilege. Lender reserves all rights, including the right to declare a default at any time.

Sincerely,

Metlife Real Estate Lending, LLC,
a Delaware limited liability company

By: MetLife Investment Management, LLC
    Its Investment Manager

    By: _____
    Name: Jeremy Rasmussen
    Its: Authorized Signatory and Director

Encl.

Cc   Douglas A. Gibson (via email dagibson@metlife.com)
     Purvi Shah (via email purvi.shah@metlife.com)
     Jason Hollrah (via email: Jason.hollrah@assemigroup.com)
     Karen Goodbody (via email: karen.goodbody@assemigroup.com)
     Virginia M. Pedreira (via email: virginia.pedreira@stoel.com)



**MetLife Investment Management**

Via Email and Overnight Courier

September 4, 2024

Panoche Pistachios, LLC
Willow Avenue Investments, LLC
5260 N. Palm Avenue
Suite 421, Mail Stop M
Fresno, CA 93704

Farid Assemi
Farshid Assemi
Darious Assemi
5260 N. Palm Avenue
Suite 421, Mail Stop M
Fresno, CA 93704

Agricultural Strategies Group
Agricultural Finance
MetLife Investment Management
10801 Mastin Blvd, Suite 700
Overland Park KS 66210

**Roberta L. Black**
Associate Director
Phone: 913-661-2275
Email: rlblack@metlife.com

## NOTICE OF DEFAULT AND DEMAND FOR PAYMENT

RE: Promissory Note dated September 27, 2019 (the "Loan"), Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated September 27, 2019 filed in the Kern County Recorder's Office, State of California (the "Deed of Trust"), the Consent to Transfer and Assumption Agreement dated March 8, 2023 filed in the Kern County Official Records, and any and all other documents evidencing the debt and security thereon (collectively, with the Loan and the Deed of Trust, the "Loan Documents"), all signed and delivered to MetLife Real Estate Lending LLC (the "Lender") by and between Panoche Pistachios, LLC and Williow Avenue Investments, LLC (individually and collectively, the "Borrowers"), with Farid Assemi, Farshid Assemi and Darius Assemi, each a Guarantor (collectively, the "Guarantors") – Loan No. 200384

Dear Borrowers and Guarantors

MetLife Investment Management, LLC is sending this letter in its capacity as the investment manager for Lender. This letter serves as notification to the Borrowers and Guarantors of an Event of Default under the Loan Documents and to demand payment of the amounts past due from July 5, 2024, as found in the table below:

| | |
|---|---:|
| 07/05/2024 Interest | $108,040.10 |
| Default Interest 7/5 to 9/04/2024 | $2,833.05 |
| 07/05/2024 Principal | $129,700.00 |
| Default Interest 7/5 to 9/04/2024 | $3,401.02 |
| **Total Due 9/04/2024** | **$243,974.17** |

*Per Diem: $105.66*

As a consequence of the Borrowers' failure to timely pay to the Lender the amounts due and delinquent as set forth above, the Borrowers are in default under the Loan Documents and an Event of Default exists thereunder.

**The Lender demands that arrangements be made to have the past due status satisfied on or before September 10, 2024. The Lender requests that payment be made immediately via the following wire transfer instructions:**

**JP Morgan Chase
New York, NY
ABA #021000021
MetLife Investment Management LLC
One MetLife Way, Whippany, NJ 07981
Account No. 736760213
Ref: Loan 500200384 – MOC 2019 Term**

**If the amounts above are not paid by September 10, 2024, the Loan will be accelerated and the entire unpaid principal, accrued interest, late fees and other charges will be due and payable immediately.**

Nothing contained in this letter is intended to create or constitute, and nothing shall be deemed or construed to create or constitute, a waiver, modification, relinquishment, or forbearance by Lender of any of Lender's rights or remedies under any of the Loan documents or at law or in equity, including, without limitation, any and all rights and remedies in connection with any other defaults or events of default that may now or hereafter exist under any of the Loan Documents, all of which rights and remedies are hereby expressly reserved. Furthermore, nothing in this letter shall be deemed or construed to constitute a waiver, release, or modification of any default or obligation of the Borrowers or any other party under the Loan Documents. Neither delay by nor failure of Lender to exercise any right, power, or privilege under any of the Loan Documents shall operate as a waiver thereof, and no single or partial exercise of any right, power, or privilege, including acceptance of partial or delayed payments, shall preclude any other or further exercise thereof or the exercise of any other right, power, or privilege. Lender reserves all rights and remedies available to it under the Loan Documents.

Sincerely

MetLife Investment Management, LLC

By: *Roberta Black*
Roberta Black
Authorized Signatory

Cc    Jason Hollrah (via email: Jason.Hollrah@assemigroup.com)
Karen Goodbody (via email: Karen.Goodbody@assemigroup.com)
Virginia M. Pedreira (via email: virginia.pedreira@stoel.com)
Douglas A. Gibson
Jeremy Rasmussen