MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
and METLIFE REAL ESTATE LENDING, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, *et al.,*<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01226; 1:24-cv-01230;<br>1:24-cv-01231; 1:24-cv-01232;<br>1:24-cv-01233; 1:24-cv-01235; and<br>1:24-cv-01241 |

☒ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261
☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231
☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233
☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235
☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER**

Date:  February 2, 2026
Time: 1:30 p.m.
Judge: Hon. Stanley A. Boone

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -1-          LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1    TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:

2    IT IS HEREBY STIPULATED by and between Plaintiffs Brighthouse Life Insurance

3    Company, Metropolitan Life Insurance Company, and MetLife Real Estate ending, LLC and

4    Prudential Insurance Company of America (collectively, "Plaintiffs")[1] and Defendants[2] (together

5    with Plaintiffs, the "Parties") through their respective counsel, that the Scheduling Conference

6    currently set for February 2, 2026 be continued 90-days to May 4, 2026 at 1:30 p.m.

7    The Parties respectfully request a 90-day continuance of the Initial Scheduling Conference

8    (to May 4, 2026).  Sales of real property are in progress or have occurred.  On December 28, 2025,

9    the Court approved Prudential Insurance Company of America's substitution as the Plaintiff in the

10    Maricopa matter (Dkt. No. 40 in *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al.*,

11    1:24-cv-01231).   Counsel for Prudential has also informed the parties that Prudential intends to

12    substitute in as Plaintiff in the following matters: 1:24-cv-01261-KES-SAB; 1:24-cv-01235-KES-

13    SAB; 1:24-cv-01226-KES-SAB; and 1:24-cv-01232-KES-SAB.

14    These developments are expected to significantly narrow the scope of the discovery plan

15    and the issues to be addressed at the Initial Scheduling Conference.  Given the complexity of these

16

17

18    [1] *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.*, 1:24-cv-01226; *Metropolitan Life Ins. Co.
19    v. C & A Farms, LLC, et al.*, 1:24-cv-01230; *Metropolitan Life Ins. Co. v. Maricopa Orchards,
       LLC, et al.*, 1:24-cv-01231; *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232;
20    *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233; *Brighthouse
       Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01235; *MetLife Real Estate Lending, LLC v. Panoche
21    Pistachios, LLC, et al.*, 1:24-cv-01241; *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-
       01261.
22

23    [2] Defendants Maricopa Orchards, LLC; ACDF, LLC, as successor by merger to 104 Partners, LLC;
       Willow Avenue Investments, LLC; Ashlan & Hayes Investments, LLC; Grantor Fresno Clovis
       Investments, LLC; Maricopa Orchards, LLC; Manning Avenue Pistachios, LLC; C & A Farms,
24    LLC; Cantua Orchards, LLC; FNF Farms, LLC; Panoche Pistachios, LLC; Kamm South, LLC;
       Donald E. Schramm and Nada L. Schramm Revocable Trust Dated 12/2/2010; The Thomsen
25    Family Trust Dated 11/24/2010; Daniel L. Sweet, an individual; Carole A. Sweet, an individual;
       Donald E. Schramm, an individual; Nada L. Schramm, an individual; Keith A. Thomsen, an
26    individual; the testate and intestate successors of Catherine S. Thomsen, deceased, and all persons
       claiming by, through or under such decedent; Farid Assemi, an individual; Farshid Assemi, an
27    individual; and Darius Assemi, an individual (collectively, the "Defendants").  As of the time of
       this filing, counsel for Plaintiffs did not receive a response or signature authorization from counsel
28    for Dumar, LLC and Pistache, LLC.

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -2-      LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1  multi-party proceedings, the Parties request additional time to meet and confer on a discovery plan,

2  case schedule, and the matters at issue in the various cases.

3  IT IS SO STIPULATED.

4

5  DATED:  January 9, 2026                STOEL RIVES LLP

6
                                          */s/ Michelle J. Rosales*
7                                         MICHAEL B. BROWN, Bar No. 179222
                                          michael.brown@stoel.com
8                                         THOMAS A. WOODS, Bar No. 210050
                                          thomas.woods@stoel.com
9                                         BENJAMIN J. CODOG, Bar No. 307034
                                          ben.codog@stoel.com
10                                        MICHELLE J. ROSALES, Bar No. 343519
                                          michelle.rosales@stoel.com
11
                                          *Attorneys for Plaintiffs*
12                                        BRIGHTHOUSE LIFE INSURANCE
                                          COMPANY, METROPOLITAN LIFE
13                                        INSURANCE COMPANY, and METLIFE
                                          REAL ESTATE LENDING, LLC

14 DATED:  January 9, 2026                SEYFARTH SHAW LLP

15

16                                        */s/ Jason J. DeJonker*
                                          M. RYAN PINKSTON, Bar No. 310971
17                                        rpinkston@seyfarth.com
                                          KYLE W. OWEN, Bar No. 326335
18                                        kowen@seyfarth.com
                                          JASON J. DEJONKER (pro hac)
19                                        jdejonker@seyfarth.com
                                          NICHOLAS R. MARCUS (pro hac)
20                                        nmarcus@seyfarth.com

21                                        *Attorneys for Plaintiff*
                                          PRUDENTIAL INSURANCE COMPANY OF
22                                        AMERICA

23

24

25

26

27

28

Stoel Rives LLP
Attorneys at Law
Sacramento

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;        -3-      LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1  DATED: January 12, 2026                    WANGER JONES HELSEY PC

2

3                                             /s/ Ian J. Quinn
                                              RILEY C. WALTER, Bar No. 91839
4                                             rwalter@wjhattorneys.com
                                              IAN J. QUINN, Bar No. 342754
5                                             iquinn@wjhattorneys.com

6
                                              Attorneys for Defendants
7                                             ACDF, LLC; C&A FARMS, LLC; CANTUA
                                              ORCHARDS, LLC; FNF FARMS, LLC;
8                                             KAMM SOUTH, LLC; MARICOPA
                                              ORCHARDS, LLC; ASHLAN & HAYES
9                                             INVESTMENTS, LLC; PANOCHE
                                              PISTACHIOS, LLC; WILLOW AVENUE
10                                            INVESTMENTS, LLC; MANNING AVENUE
                                              PISTACHIOS, LLC; GRANTOR FRESNO
11                                            CLOVIS INVESTMENTS, LLC

12  DATED: January 9, 2026                    LEVENE, NEALE, BENDER, YOO &
                                              GOLUBCHIK LLP
13

14                                            /s/ Richard D. Steelman, Jr.
                                              BETH ANN R. YOUNG, Bar No. 143945
15                                            bry@lnbyg.com
                                              RICHARD D. STEELMAN, JR., Bar No.
16                                            rps@lnbyg.com

17                                            Attorneys for Defendants
                                              FARID ASSEMI, an individual, and FARSHID
18                                            ASSEMI, an individual.

19  DATED: January 10, 2026                   MOJDEHI GALVIN REGO LLP

20

21                                            /s/ Ali M. Mojdehi
                                              ALI M. MOJDEHI, Bar No. 123846
22                                            ali.mojdehi@mgr-legal.com

                                              Attorneys for Defendants
23                                            DARIUS ASSEMI, an individual

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
  SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -4-      LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1    DATED: January 12, 2026                    BAKER MANOCK & JENSEN, PC

2

3                                               */s/ Dirk B. Paloutzian*
                                               DIRK B. PALOUTZIAN, Bar No. 173676
                                               dpaloutzian@bakermanock.com
4

5                                               *Attorneys for Defendants*
                                               DONALD E. SCHRAMM AND NADA L.
                                               SCHRAMM REVOCABLE TRUST DATED
6                                               12/2/2010; THE THOMSEN FAMILY TRUST
                                               DATED 11/24/2010; DANIEL L. SWEET, AN
7                                               INDIVIDUAL; CAROLE A. SWEET, AN
                                               INDIVIDUAL; DONALD E. SCHRAMM, AN
8                                               INDIVIDUAL; NADA L. SCHRAMM, AN
                                               INDIVIDUAL; KEITH A. THOMSEN, AN
9                                               INDIVIDUAL; THE TESTATE AND
                                               INTESTATE SUCCESSORS OF
10                                              CATHERINE S. THOMSEN, DECEASED,
                                               AND ALL PERSONS CLAIMING BY,
11                                              THROUGH OR UNDER SUCH DECEDENT

12

13
                        **ATTESTATION UNDER L.R. 131(c)**
14
        Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above
15
signatories authorized the use of an electronic signature and concurred in the filing of this
16
document.
17

18

19   DATED: January 12, 2026                    */s/ Michelle J. Rosales*
                                               MICHELLE J. ROSALES
20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;        -5-    LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653

1

**ORDER**

2

3

The Parties having so stipulated and good cause appearing,

4

IT IS HEREBY ORDERED that the Scheduling Conference currently set for February 2,

5

2026, at 1:30 p.m. shall be continued to May 4, 2026, at 1:30 a.m. in Courtroom 9 before the

6

Honorable Magistrate Judge Stanley A. Boone.

7

**IT IS SO ORDERED.**

8

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;            -6-        LEAD CASE NO. 1:24-CV-01261-KES-SAB
[PROPOSED] ORDER
151637479.2 0053564-00653