# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METLIFE REAL ESTATE LENDING, LLC, | Case No.  1:24-cv-01241-KES-SAB |
| Plaintiff, | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| v. | (ECF No. 38) |
| PANOCHE PISTACHIOS, LLC, et al., | |
| Defendants. | |

On January 12, 2026, the parties filed a stipulation to continue the initial scheduling conference.  (ECF No. 38.)  For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to May 26, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **January 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge