MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
and METLIFE REAL ESTATE LENDING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>C & A FARMS, LLC, a California limited liability company, *et al.,*<br><br>Defendants.<br><br>⊠  Affects All Cases<br>☐  Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>⊠  Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233<br>⊠  Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | Lead Case No. 1:24-cv-01230-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01233 and 1:24-cv-01241<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Date:  May 26, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Stanley A. Boone |

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;                -1-          LEAD CASE NO. 1:24-CV-01230-KES-SAB
[PROPOSED] ORDER
152841745.2 0053564-00653

TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:

IT IS HEREBY STIPULATED by and between Plaintiffs Brighthouse Life Insurance Company, and MetLife Real Estate Lending, LLC (collectively, "Plaintiffs") and Defendants[1] (together with Plaintiffs, the "Parties") through their respective counsel, that the Scheduling Conference currently set for May 26, 2026, be continued to September 22, 2026, at 9:30 a.m.

1.    On January 13, 2026, pursuant to a Stipulation filed by the parties to the eight administratively consolidated proceedings[2], the Court issued an Order Continuing the Initial Scheduling Conferences in all cases to May 26, 2026.  (1:24-cv-01230 at Dkt. 74.)  This allowed time for Prudential to complete its substitutions as the Plaintiff in five of the eight cases. (1:24-cv-01230 at Dkt. 73.)

2.    On January 21, 2025, Plaintiff filed its Motion to Dismiss Dumar, LLC and Pistache LLC's Counter-Claims.  (1:24-cv-01230 at Dkt. 54.)

3.    On April 2, 2026, the Court issued its Order Amending Consolidation for Administrative Purposes, of Related Receivership Cases Pursuant to Federal Rule of Civil Procedure 42(a) and designated *Metropolitan Life Insurance Company v. C&A Farms, LLC, et al.,* U.S. District Court, Eastern District of California, Case Number 1:24-cv-01230 as the "Lead Case" for administrative consolidation of the remaining three "MetLife/Brighthouse Receivership Cases".[3]  (1:24-cv-01230 at Dkt. 76.)

---

[1] Defendants Manning Avenue Pistachios, LLC; Donald E. Schramm and Nada L. Schramm Revocable Trust Dated 12/2/2010; The Thomsen Family Trust Dated 11/24/2010; Daniel L. Sweet, an individual; Carole A. Sweet, an individual; Donald E. Schramm, an individual; Nada L. Schramm, an individual; Keith A. Thomsen, an individual; the testate and intestate successors of Catherine S. Thomsen, deceased, and all persons claiming by, through or under such decedent; Farid Assemi, an individual; Panoche Pistachios, LLC; Willow Avenue Investments, LLC; Farshid Assemi, an individual; and Darius Assemi, an individual (collectively, the "Defendants").

[2] *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01261; *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.*, 1:24-cv-01226; *Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al.*, 1:24-cv-01230; *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al.*, 1:24-cv-01231; *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232; *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233; *Brighthouse Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01235; and *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241.

[3] The MetLife/Brighthouse Receivership Cases are lead case *Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al.*, 1:24-cv-01230 and related cases *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233 and *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;               -2-      LEAD CASE NO. 1:24-CV-01230-KES-SAB
[PROPOSED] ORDER
152841745.2 0053564-00653

3.     On April 8, 2026, the Court continued the May 26, 2026, Scheduling Conference in the Lead Case to September 22, 2026 in light of the pending Motion to Dismiss.  (1:24-cv-01230 at Dkt. 77.)

4.     All real property which is the subject of the MetLife/Brighthouse Receivership Cases are anticipated to be sold.  On February 26, 2026, the Court approved the sale of the real property at issue in the Manning Avenue litigation. (1:24-cv-01233 at Dkt. 42) The Parties anticipate sales of the real property will also occur in the remaining MetLife/Brighthouse Receivership Cases in the next 90 days.

The Parties respectfully request that the Initial Scheduling Conference scheduled for May 26, 2026, at 9:30 a.m. be continued to September 22, 2026, at 9:30 a.m., which is the date of the Initial Scheduling Conference in the Lead Case.  (1:24-cv-01230 at Dkt. 77.)  This extension will allow time for the decision on the above-referenced Motion to Dismiss, allow further time for the sale of real property, as well as consolidate the date of the Initial Scheduling Conference for the MetLife/Brighthouse Receivership Cases.

**IT IS SO STIPULATED.**

/ /

/ /

/ /

/ /

/ /

/ /

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;       -3-     LEAD CASE NO. 1:24-CV-01230-KES-SAB
[PROPOSED] ORDER
152841745.2 0053564-00653

DATED:  May 5, 2026                    STOEL RIVES LLP


/s/ Michael B. Brown
MICHAEL B. BROWN
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE
COMPANY, METROPOLITAN LIFE
INSURANCE COMPANY, and METLIFE
REAL ESTATE LENDING, LLC


DATED:  May 4, 2026                    WANGER JONES HELSEY PC


/s/ Ian J. Quinn (Authorized 5/4/26)
RILEY C. WALTER, Bar No. 91839
rwalter@wjhattorneys.com
IAN J. QUINN, Bar No. 342754
iquinn@wjhattorneys.com


*Attorneys for Defendants*
MANNING AVENUE PISTACHIOS, LLC;
PANOCHE PISTACHIOS, LLC; WILLOW
AVENUE INVESTMENTS, LLC

DATED:  May 4, 2026                    LEVENE, NEALE, BENDER, YOO &
                                       GOLUBCHIK LLP


/s/ Richard P. Steelman, Jr. (Authorized 5/4/26)
BETH ANN R. YOUNG, Bar No. 143945
bry@lnbyg.com
RICHARD D. STEELMAN, JR., Bar No.
rps@lnbyg.com

*Attorneys for Defendants*
FARID ASSEMI, an individual, and FARSHID
ASSEMI, an individual.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -4-      LEAD CASE NO. 1:24-CV-01230-KES-SAB
[PROPOSED] ORDER
152841745.2 0053564-00653

DATED:  May 5, 2026                     MOJDEHI GALVIN REGO LLP


                                        /s/ Ali M. Mojdehi (Authorized 5/5/26)
                                        ALI M. MOJDEHI, Bar No. 123846
                                        ali.mojdehi@mgr-legal.com

                                        Attorneys for Defendants
                                        DARIUS ASSEMI, an individual


DATED:  May 5, 2026                     BAKER MANOCK & JENSEN, PC


                                        /s/ Dirk B. Paloutzian (Authorized 5/5/26)
                                        DIRK B. PALOUTZIAN, Bar No. 173676
                                        dpaloutzian@bakermanock.com

                                        Attorneys for Defendants
                                        DONALD E. SCHRAMM AND NADA L.
                                        SCHRAMM REVOCABLE TRUST DATED
                                        12/2/2010; THE THOMSEN FAMILY TRUST
                                        DATED 11/24/2010; DANIEL L. SWEET, AN
                                        INDIVIDUAL; CAROLE A. SWEET, AN
                                        INDIVIDUAL; DONALD E. SCHRAMM, AN
                                        INDIVIDUAL; NADA L. SCHRAMM, AN
                                        INDIVIDUAL; KEITH A. THOMSEN, AN
                                        INDIVIDUAL; THE TESTATE AND
                                        INTESTATE SUCCESSORS OF
                                        CATHERINE S. THOMSEN, DECEASED,
                                        AND ALL PERSONS CLAIMING BY,
                                        THROUGH OR UNDER SUCH DECEDENT


### ATTESTATION UNDER L.R. 131(c)

Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.


DATED:  May 5, 2026                     /s/ Michael B. Brown
                                        MICHAEL B. BROWN

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -5-     LEAD CASE NO. 1:24-CV-01230-KES-SAB
[PROPOSED] ORDER
152841745.2 0053564-00653

## <u>ORDER</u>

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for May 26, 2026, at 9:30 a.m. in *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233 and *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241 shall be continued to September 22, 2026, at 9:30 a.m. in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

**IT IS SO ORDERED.**

Dated: _____          _____

UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE
SCHEDULING CONFERENCE;          -6-       LEAD CASE NO. 1:24-CV-01230-KES-SAB
[PROPOSED] ORDER
152841745.2 0053564-00653