# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METLIFE REAL ESTATE LENDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PANOCHE PISTACHIOS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01241-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 41) |

On May 5, 2026, the parties filed a stipulation to continue the initial scheduling conference. (ECF No. 41.) For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to September 22, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: __**May 6, 2026**__

STANLEY A. BOONE
United States Magistrate Judge