# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

METLIFE REAL ESTATE LENDING, LLC,

Plaintiff,

v.

PANOCHE PISTACHIOS, LLC, et al.,

Defendants.

Case No. 1:24-cv-01241-KES-SAB

ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

On September 9, 2026, the parties filed a stipulation to continue the initial scheduling conference. See Metropolitan Life Insurance Company v. C & A Farms, LLC, No. 1:24-cv-01230-KES-SAB, ECF No. 105 (E.D. Cal. Sept. 9, 2026).[1] For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to December 17, 2026, at 2:30 p.m.

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] On April 2, 2026, the Hon. Kirk E. Sherriff consolidated this matter for administrative purposes with Case No. 1:24-cv-01230-KES-SAB as the lead case. Metropolitan Life Insurance Company v. C & A Farms, LLC, No. 1:24-cv-01230-KES-SAB, ECF No. 76 (E.D. Cal. Apr. 2, 2026).